**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**DEBORAH OLSON,**<br><br>　　　　　**Defendant.** | **Case No.  CR05-5458**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

　　**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond..

　　The plaintiff appears through Assistant United States Attorney, RONALD FRIEDMAN;

　　The defendant appears personally and represented by counsel, MICHAEL DANKO

　　The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision by failing to report for drug and alcohol testing July 14 and 15, 2005; the defendant has been advised of her right to a hearing and the maximum consequences if found to have been in violation; the defendant having freely and voluntarily acknowledged the alleged violation; and the defendant has been advised of the allegation(s).

　　**NOW THEREFORE,** the court finds the defendant has violated the conditions of her Pretrial Supervision while on release under bond, and orders that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

　　The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　　　　　**July 29, 2005.**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ J. Kelley Arnold*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1